IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. M-10-36-BA |
| ) | |
| CHARLES ALAN DYER, ) | |
| ) | |
| Defendant. ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The President of the United States to the United States Marshal for the Western District of Oklahoma or any United States Marshal, and the Warden or Superintendent:

GREETINGS: You are hereby commanded to proceed to **Stephens County Detention Center, Duncan, OK**, and there take and receive **CHARLES ALAN DYER**, (W/M, DOB: xx-xx-1980, now detained in said institution, and keep him in your custody and bring him before the United States District Court for the Western District of Oklahoma on **January 15, 2010**, at 4:00 P.M., for a hearing in the above-entitled cause; and to keep him in their custody for the purpose of any further hearings and all other proceedings necessary to the final disposition of this cause, and the Warden of the above institution be directed to surrender the said defendant for such purposes or as otherwise directed by said Court, and when said hearing or hearings necessary for the disposition of this cause have been held, you

shall return the said defendant to the above-named institution and surrender him to the custody of the Warden thereof, or do as otherwise ordered by the Court.

DATED this 15th day of January, 2010.

                                  ROBERT D. DENNIS
Clerk of the United States District Court
for the Western District of Oklahoma

By: _____
        DEPUTY