IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
FEB - 2 2010
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR 10-038 R |
| -vs- | ) ) | |
| CHARLES ALAN DYER, | ) ) | Violations: 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5872 |
| Defendant. | ) | 28 U.S.C. § 2461(c) |

### INDICTMENT

The Federal Grand Jury charges:

### COUNT 1

On or about January 12, 2010, in Stephens County, Oklahoma, in the Western District of Oklahoma,

---------------------------------- CHARLES ALAN DYER , ----------------------------------

the defendant herein, knowingly possessed a firearm not registered to him in the National Firearms Registration and Transfer Record, specifically a destructive device, that is, a Colt M-203, 40 millimeter grenade launcher, bearing serial number 49553.

**All in violation of Title 26, United States Code, Section 5861(d) and Title 26, United States Code, Section 5845(f), the penalty for which is found at Title 26, United States Code, Section 5871.**

## FORFEITURE

Upon conviction of the offense in violation of Title 26, United States Code, Section 5861 and Title 26, United States Code, Section 5861(d) set forth in Count 1 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to a Colt M-203, 40 millimeter grenade launcher, serial number 49553.

**All in violation of Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).**

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

SANFORD C. COATS
United States Attorney

ANDRE' B. CALDWELL
Assistant U.S. Attorney

2