1064-0114-2742-5

# UNITED STATES DISTRICT COURT
for the

WESTERN _____ DISTRICT OF _____ OKLAHOMA

United States of America )
v. )
) Case No: M-10- **36** -BA
Charles Alan Dyer )
)
)

**ARREST WARRANT**

RECEIVED
JAN 14 2010
U.S. MARSHALS W/OK

To: Any authorized law enforcement officer:

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay **Charles Alan Dyer** (W/M, DOB: 8-17-1980) who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ **Complaint**
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of an unregistered, destructive device, in violation of Title 26, United States Code, Section(s) 5861.

Date: Jan. 14, 2010

_____
Issuing officer's signature

City and State: Oklahoma City, Oklahoma

Robert E. Bacharach, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/14/010, and the person was arrested on *(date)* 15 JAN 2010 at *(city and state)* Duncan, OK   Stephens County. |
| Date: 15 JAN 2010                   SA BW
                                       *Arresting officer's signature*
                                       SA Brett Williams
                                       *Printed name and title* |