<u>CRIMINAL JURY TRIAL</u>

CRIMINAL CASE NO.     10-38-1-          -R                    DATE April 12, 2010

STYLE:  UNITED STATES v.  CHARLES ALAN DYER

PROCEEDINGS:       (FURTHER) NON-JURY TRIAL       (FURTHER) <u>JURY TRIAL</u>

COMMENCED    9:15              ENDED  11:45

COMMENCED    1:00              ENDED    4:05          TOTAL TIME:    5    Hrs.   35   Mins.

JUDGE David L. Russell          DEPUTY CLERK Nancy Stark          REPORTER Alana LaGrow

Plf counsel    Andre Caldwell, Dave Walling

Dft counsel    David Haoomond, Jim Fridea

Enter as above.    <u>Dft(s) appear(s) in person</u>.       Parties announce ready

<u>Jury duly empaneled and admonished.  Rule invoked on mtn of plf - dft</u>

<u>Plf - Dft make opening statement.</u>  Dft defers same until close of plf's evidence

<u>Plf (presents</u> - continues) <u>case in chief with testimony of witnesses.</u>

Plf's exhibits admitted.    1-6

Dft's exhibits admitted.    5, 8, 9, 10 & 11

<u>Plf rests.  Dft's mtn for</u>     directed verdict          GRANTED    <u>DENIED</u>    UNDER ADVISEMENT

Dft makes opening statement.     <u>Dft (presents</u> - continues) <u>case in chief with testimony of witnesses and rests.</u>

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

<u>Parties rest.</u>  Dft renews mtn for   directed verdict        GRANTED    <u>DENIED</u>

Closing arguments.           Court instructs the jury.     Bailiff sworn.

Jury retires to deliberate at _____.  Jury returns with verdict of (G) on counts _____

and (NG) on counts _____ at _____.

Mistrial declared on Count(s) _____     Jury Is polled.     Jury Is discharged.

Case referred to probation office.       Dft (stands on present bond - remanded to U.S. Marshal) awaiting sentencing.

Bond set at $_____      (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court adjourns to 9:30 on 4/13/10

CASE NO. <u>CR- 10-38-1    </u>-R   DEPUTY Nancy Stark   JUDGE David L. Russell   DATE <u>April 12, 2010</u>

|  WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Lawson Guthrie - sworn | 1. Charles Alan Dyer - sworn |
| 2. Brett Williams - sworn | 2. Amanda Monsalve - sworn |
| 3. Gene Pool - sworn | 3. Jan Dyer - sworn |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |
| 18. | 18. |
| 19. | 19. |
| 20. | 20. |