## CRIMINAL JURY TRIAL

CRIMINAL CASE NO.     10-38-1     -R                              DATE April 13, 2010

STYLE: UNITED STATES v.  CHARLES ALAN DYER

PROCEEDINGS:          (FURTHER) NON-JURY TRIAL          (FURTHER) JURY TRIAL

COMMENCED  9:45                    ENDED 12:00
                                                                    TOTAL TIME:     6     Hrs.   15   Mins.
COMMENCED  1:00                    ENDED   5:00

JUDGE David L. Russell          DEPUTY CLERK Nancy Stark          REPORTER Alana LaGrow

Plf counsel  Andre Caldwell, Dave Walling

Dft counsel   David Hammond, Jim Fridea

Enter as above.        Dft(s) appear(s) in person.        Parties announce ready

Jury duly empaneled and admonished.  Rule invoked on mtn of plf - dft

Plf - Dft make opening statement.  Dft defers same until close of plf's evidence

Plf (presents - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted.

Dft's exhibits admitted.

Plf rests.  Dft's mtn for                                        GRANTED    DENIED    UNDER ADVISEMENT

Dft makes opening statement.       Dft (presents - continues) case in chief with testimony of witnesses and rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.  Dft renews mtn for                                  GRANTED    DENIED

Closing arguments.    X     Court instructs the jury.  X  Bailiff sworn.   X

Jury retires to deliberate at  10:40       .  Jury returns with verdict of (G) on counts

and (NG) on counts         1         at      5:00        .

Mistrial declared on Count(s)                      Jury Is polled.      Jury Is discharged.

Case referred to probation office.      Dft (stands on present bond - remanded to U.S. Marshal)pending warrant

Bond set at $            (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court adjourns to    All exhibits admitted at trial were w/drawn by parties at conclusion.

CASE NO. <u>CR- 10-38-1       </u>-R    DEPUTY Nancy Stark    JUDGE David L. Russell     DATE <u>April 13, 2010</u>

| <u>WITNESSES FOR PLAINTIFF</u> | <u>WITNESSES FOR DEFENDANT</u> |
|---|---|
| 1. _____ | 1. _____ |
| 2. _____ | 2. _____ |
| 3. _____ | 3. _____ |
| 4. _____ | 4. _____ |
| 5. _____ | 5. _____ |
| 6. _____ | 6. _____ |
| 7. _____ | 7. _____ |
| 8. _____ | 8. _____ |
| 9. _____ | 9. _____ |
| 10. _____ | 10. _____ |
| 11. _____ | 11. _____ |
| 12. _____ | 12. _____ |
| 13. _____ | 13. _____ |
| 14. _____ | 14. _____ |
| 15. _____ | 15. _____ |
| 16. _____ | 16. _____ |
| 17. _____ | 17. _____ |
| 18. _____ | 18. _____ |
| 19. _____ | 19. _____ |
| 20. _____ | 20. _____ |