IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,   )
                            )
    Plaintiff,               )
                            )
v.                          )    CR-10-38-R
                            )
CHARLES ALAN DYER,          )
                            )
    Defendant.               )

## VERDICT

We, the jury, duly empaneled and sworn in the above-entitled case, upon our oaths find the Defendant Charles Alan Dyer:

__✓__    Not guilty of the offense charged in Count 1 of the Indictment.

_____    Guilty of the offense charged in Count 1 of the Indictment.

4-13-2010
DATE                                            _____
                                                FOREMAN/FOREWOMAN.