IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR. 10-38-1-R |
| | ) | |
| CHARLES ALAN DYER | ) | |
| | ) | |
| Defendant. | ) | |

<u>JUDGMENT OF ACQUITTAL</u>

On April 13, 2010 we the jury returned a verdict of not guilty on Count 1 of the

Indictment, in which Defendant Charles Alan Dyer  was charged.  In accordance with the

jury's verdict and Rule 29(c), Fed.R.Crim.P., the Court enters a Judgment of Acquittal as

to defendant Charles Alan Dyer on that count.  It is ordered that the defendant Charles Alan

Dyer  is acquitted and discharged.  The United States Marshal is directed to remand the

defendant pending a warrant.

Signed this 13th  day of April , 2010.


DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE